550

September 10, 1981.   Robert F. Pappano, Assistant Public Defender, for appellant; Vram Nedurian, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, POPOVICH and MONTGOMERY, JJ.

The judgment of sentence is hereby affirmed.

441 A.2d 766

Commonwealth v. Harrison, Appellant.

Petition for Allowance of Appeal Denied April 23, 1982.

Argued September 11, 1980.   Arthur J. King, Assistant Public Defender, for appellant; David M. McGlaughlin, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and CAVANAUGH, JJ.

Judgment of sentence affirmed.

441 A.2d 766

Commonwealth v. Hawkins, Appellant.

Petition for Allowance of Appeal Denied April 1, 1982.

Argued October 6, 1981.

Charles L. Pelletreau, for appellant; Garold E. Tennis, Assistant District Attorney, for Commonwealth, appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Judgment of sentence affirmed.

---

443 A.2d 367

Commonwealth v. Hawkins, Appellant.

Reargument Denied April 13, 1982.

Argued April 29, 1981. G. William Bills, Jr., for appellant; Dara A. DeCourcy, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., BROSKY and HOFFMAN, JJ.

Order affirmed.

441 A.2d 766

Commonwealth v. Jackson, Appellant.